Exhibit C

Return to:
Orlans Moran PLLC
P. O. Box 5041
Troy, MI 48007-5041

INST: 00001055
BK: 2629 PG: 66

RECEIVED FOR RECORD
TOWN OF NORTH KINGSTOWN, RI
Feb 27, 2012 01:58:16P
JEANNETTE ALYWARD
TOWN CLERK

RE: 2188 Tower Hill Road, North Kingstown, RI 02852

## ASSIGNMENT

Mortgage Electronic Registration Systems, Inc.
Mortgagee of the mortgage from

Thomas D Gammino
to Mortgage Electronic Registration Systems, Inc.
dated February 8, 2005

recorded with the Land Evidence Records for the Town of North Kingstown
Book 1970, Page 313 assigns said mortgage to Deutsche Bank Trust Company Americas as Trustee for RALI 2005QA7, 3451 Hammond Ave, Waterloo, IA 50702

Mortgage Electronic Registration Systems, Inc.

Has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by

Yvonne K. Boyd       its    Assistant Secretary

Mortgage Electronic Registration Systems, Inc.

BY: _____
Yvonne K. Boyd, Assistant Secretary

February 21, 2012

STATE OF Pennsylvania
COUNTY OF Montgomery

On this 21 day of February 2012, before me, the undersigned notary public, personally appeared Yvonne K. Boyd as Assistant Secretary, of Mortgage Electronic Registration Systems, Inc.; who I have personal knowledge of identity, to be the person whose name is signed on the proceeding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

Official Signature and Seal of Notary
My Commission Expires: 1/28/2015

MIN NUMBER: ▮▮▮
MERS PHONE NUMBER: 1-888-679-6377

File Number: ▮▮▮

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015