Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401

## CORPORATE ASSIGNMENT OF MORTGAGE

North Kingstown Town, Rhode Island
SELLER'S SERVICING #: ▉▉▉▉▉ "GAMMINO"
SELLER'S LENDER ID#: ▉▉▉▉
OLD SERVICING #: ▉▉▉▉

MIN #: ▉▉▉▉▉▉▉▉▉▉ SIS #: 1-888-679-6377

Date of Assignment: June 22nd, 2015
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"), SOLELY AS NOMINEE FOR DREAM HOUSE MORTGAGE CORP, ITS SUCCESSORS AND/OR ASSIGNS at PO BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST, STE C, DANVILLE, IL 61834
Assignee: DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-QA7 at C/O OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH, FL 33409

Executed By: THOMAS D. GAMMINO, AS SOLE OWNER To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR DREAM HOUSE MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 02/08/2005 Recorded: 03/10/2005 in Book/Reel/Liber: 1970 Page/Folio: 313 as Instrument No.: 001585 In North Kingstown Town, State of Rhode Island.

Property Address: 2188 TOWER HILL ROAD, NORTH KINGSTOWN, RI 02852

Legal: N/A

"THE PURPOSE OF THIS ASSIGNMENT OF MORTGAGE IS TO CORRECT THE ASSIGNEE ON THE ASSIGNMENT RECORDED ON 02/27/2012, ON BOOK: 2629, PAGE: 66. INSTRUMENT NO: 00001055"

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $1,000,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"), SOLELY AS NOMINEE FOR DREAM HOUSE MORTGAGE CORP, ITS SUCCESSORS AND/OR ASSIGNS
On ____JUN 2 3 2015____

By: _[signature]_
____REBECCA DAMME____, Assistant Secretary

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF **Iowa**
COUNTY OF **Black Hawk**

On **JUN 2 3 2015**, before me, **Vicki Pospisil**, a Notary Public in and for **Black Hawk** in the State of **Iowa**, personally appeared **REBECCA DAMME**, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Vicki Pospisil*
Notary Expires: 6/10/2017

VICKI POSPISIL
COMMISSION NO. 784538
MY COMMISSION EXPIRES
JUNE 10, 2017

(This area for notarial seal)

RECEIVED FOR RECORD
TOWN OF NORTH KINGSTOWN, RI
Sep 17, 2015 10:21A
JEANNETTE ALYWARD
TOWN CLERK