UNITED STATES BANKRUPTCY COURT  *Form F: Joint Status Report*
FOR THE DISTRICT OF RHODE ISLAND  **TWO PAGE DOCUMENT**

| In Re: | Case Number 1:18-bk-11049 |
|---|---|
| Thomas D. Gammino | Chapter 7 |

## **CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION**

The Court, having scheduled a status hearing on loss mitigation for November 6, 2018, at which counsel for the Debtor(s) and Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA7 (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) The Debtor(s) shall provide all documents requested by the Creditor by N/A (the "Response").

(2) The Creditor shall conduct a preliminary review of the information submitted by the Debtor(s), and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtor[s]' counsel with a list of any additional information it requires by N/A after receiving the Response (the "Additional Information Request").

(3) The Debtor(s) shall fully respond to any Additional Information Request and provide all requested documents to Creditor within N/A days after receiving the same from Creditor.

(4) The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by N/A, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by N/A.

(5) Other Comments:  The application submitted by the Debtor has been deemed complete. The Creditor requests 30 days to complete its review and render a decision.

(6) In lieu of a status report, the parties request that a continued status hearing on loss mitigation be scheduled by the Court for <u>November 28, 2018</u>.

Agreed to this 5th day of November 2018.

| Debtor(s) | Creditor |
| --- | --- |
| By counsel: | By counsel: |
| | |
| /s/ Russell D. Raskin_____ | /s/ Catherine V. Eastwood_____ |
| Russell D. Raskin, Esq. | Catherine V. Eastwood, Esquire |
| Raskin & Berman | RI# 6406 |
| 116 East Manning Street | Korde & Associates, P.C. |
| Providence, RI 02906 | 900 Chelmsford Street, Suite 3102 |
| (401)421-1363 | Lowell, MA 01851 |
| mail@raskinberman.com | Tel: (978) 256-1500 |
| | ceastwood@kordeassociates.com |

Consent Order Approved on this _____ day of November 2018.

_____
Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing:

2