*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Thomas D. Gammino | BK No. 1:18−bk−11049 |
| Debtor(s) | Chapter 7 |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 22)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 22); filed by Deutsche Bank Trust Company Americas ; and after hearing,

IT IS HEREBY ORDERED that for the reasons stated by the Court in its bench decision, are incorporated herein by reference:

(1) Deutsche Bank Trust Company Americas is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

2188 Tower Hill Road, North Kingstown, RI.

(2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **12/6/18**

Entered on Docket: **12/6/18**
Document Number: **60 − 22**

109.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*